In the Matter of JOSEPH PLAUT, Respondent, against THOMAS M. LYNCH et al., Constituting the State Tax Commission, Appellants.

(Submitted November 16, 1931; decided December 1, 1931.)

*John J. Bennett, Jr.,* Attorney-General (*F. R. Chant* of counsel), for appellants.

*Leon Lauterstein, Isaac Lande* and *Emanuel Dankowitz* for respondent.

Appeal dismissed, with costs, upon the ground the order is not final; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.